## Second Department, May, 1940.
### (May 6, 1940.)

RUBIN ALPERT and MAX ALPERT, Trading as the ALPERT PRESS, Respondents, v. ELIZABETH VILKOMERSON, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

JAMES W. ANDREWS, as Trustee in Bankruptcy of the Estate of FRANK SHANNON, Bankrupt, Appellant, v. EMPIRE CITY RACING ASSOCIATION, and WALTER KEENAN and CENTRAL HANOVER BANK & TRUST COMPANY, Sole Executors, etc., of JOHN G. CAVANAGH, Deceased, Respondents.— Motion granted. Pursuant to stipulation, order granting defendants' motion under rule 112, Rules of Civil Practice, and section 476, Civil Practice Act, and judgment entered pursuant thereto dismissing the complaint, reversed on the law, without costs, and the motion denied, without costs. (*Andrews* v. *Metropolitan Jockey Club*, 258 App. Div. 1086 [2d Dept.], decided February 26, 1940.) Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

JAMES W. ANDREWS, as Trustee in Bankruptcy of the Estate of FRANK SHANNON, Bankrupt, Appellant, v. QUEENS COUNTY JOCKEY CLUB, and WALTER KEENAN and CENTRAL HANOVER BANK & TRUST COMPANY, Sole Executors, etc., of JOHN G. CAVANAGH, Deceased, Respondents.— Motion granted. Pursuant to stipulation, order granting defendants' motion under rule 112, Rules of Civil Practice, and section 476, Civil Practice Act, and judgment entered pursuant thereto dismissing the complaint, reversed on the law, without costs, and the motion denied, without costs. (*Andrews* v. *Metropolitan Jockey Club*, 258 App. Div. 1086 [2d Dept.], decided February 26, 1940.) Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

JAMES W. ANDREWS, as Trustee in Bankruptcy of the Estate of FRANK SHANNON, Bankrupt, Appellant, v. SARATOGA ASSOCIATION FOR THE IMPROVEMENT OF THE BREED OF HORSES, and WALTER KEENAN and CENTRAL HANOVER BANK & TRUST COMPANY, Sole Executors, etc., of JOHN G. CAVANAGH, Deceased, Respondents.— Motion granted. Pursuant to stipulation, order granting defendants' motion under rule 112, Rules of Civil Practice, and section 476, Civil Practice Act, and judgment entered pursuant thereto dismissing the complaint, reversed on the law, without costs, and the motion denied, without costs. (*Andrews* v. *Metropolitan Jockey Club*, 258 App. Div. 1086 [2d Dept.], decided February 26, 1940.) Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

JAMES W. ANDREWS, as Trustee in Bankruptcy of the Estate of FRANK SHANNON, Bankrupt, Appellant, v. WESTCHESTER RACING ASSOCIATION, and WALTER KEENAN and CENTRAL HANOVER BANK & TRUST COMPANY, Sole Executors, etc., of JOHN G. CAVANAGH, Deceased, Respondents.— Motion granted. Pursuant to stipulation, order granting defendants' motion under rule 112, Rules of Civil Practice, and section 476, Civil Practice Act, and judgment entered pursuant thereto dismissing the complaint, reversed on the law, without costs, and the motion denied, without costs. (*Andrews* v. *Metropolitan Jockey Club*, 258 App. Div. 1086 [2d Dept.], decided February 26, 1940.) Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.